**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Jason Lucas, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:14-cv-00002-L |
| Credit Protection Association, | : |
| Defendant. | : |

## JOINT SETTLEMENT STATUS REPORT

The parties are actively engaged in settlement discussions. To encourage that process, the parties have agreed to suspend discovery and other deadlines to focus on resolution.

Respectfully submitted,

 /s/ Jody B. Burton                                  /s/ Robbie Malone
Jody B. Burton                                       Robbie Malone
Lemberg Law, LLC                                     Robbie Malone, PLLC
1100 Summer Street, 3rd Floor                        8750 N. Central Expressway
Stamford, CT  06905                                  Northpark Central, Suite 1850
Tel: (203) 653-2250                                  Dallas, TX 75231
Fax: (203) 653-3424                                  Tel: (214) 346-2625
Email: jburton@lemberglaw.com                        Fax: (214) 346-2631
*Attorney for Plaintiff*                             Email: rmalone@rmalonelaw.com
                                                     *Attorney for Defendant*